NO. 07-12-0046-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MAY 8, 2012

_____

PEDRO JIMINEZGONZALEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY;

NO. 1210889D; HONORABLE GEORGE GALLAGHER, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Following a plea of not guilty, Appellant, Pedro JiminezGonzalez,[1] was convicted of tampering with a governmental record and sentenced to ten years confinement.[2] On February 23, 2012, Appellant's retained counsel was permitted to withdraw for good

---

[1]The record is inconsistent on the spelling of Appellant's surname. Some documents reflect "Pedro Jimenez Gonzalez."

[2]Tex. Penal Code Ann. § 37.10(a) (West 2011).

cause from representing Appellant in this appeal. Appellant was notified by this Court of the ruling and advised that he would be proceeding pro se.

Pending before this Court is Appellant's pro se *Motion to Dismiss Appeal* in which he moves this Court to withdraw his notice of appeal and dismiss this appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant. No decision of this Court having been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice

Do not publish.